IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

KIMBERLY CARPENTER,

    *Plaintiff,*

vs.

OPTOMI PROFESSIONAL
SERVICES LLC,

    *Defendant*.

§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 1:26-CV-00091
MJT-CLS

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, this proceeding is before the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On July 2, 2026, Judge Stetson issued a Report and Recommendation [Dkt. 15] advising the Court to grant the Joint Motion to Dismiss [Dkt. 14] filed by *pro se* Plaintiff Kimberly Carpenter and Defendant Optomi Professional Services LLC. *See* [Dkt. 15]. No party objected. As such, the Court reviews the Report and Recommendation for clear error. It finds none. Therefore, the Report and Recommendation [Dkt. 15] is **ADOPTED** and the parties' Joint Motion to Dismiss [Dkt. 14] is **GRANTED**. It is

**ORDERED** that Plaintiff's claims are **HEREBY DISMISSED WITH PREJUDICE**. A final judgment will be entered.

**SIGNED this 17th day of July, 2026.**

Michael J. Truncale
United States District Judge